```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JEFFREY A. SPIVAK
    Assistant United States Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
 8
 9
                        UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,           Case Nos.: 5:16-po-00338-JLT-1
13              Plaintiff,
14                                      MOTION AND [PROPOSED] ORDER FOR
                                        DISMISSAL OF CASES AND RECALL OF
15  STEVEN ARVIZU                       WARRANTS AND/OR ABSTRACTS
16
17
18
19
20      The United States of America, by and through Phillip A. Talbert, United States Attorney, and
21  Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to: 1) Dismiss the cases listed in
22  Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice,
23  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants
24  and/or abstracts associated with the cases listed in Attachment "A."
25  ///
26  ///
27  ///
28  ///
```

1  The United States believes that prosecution of the citations is no longer advisable or practicable
2  due to lapse of time or insufficiency of evidence.
3
4  DATED: December 31, 2024                    Respectfully submitted,
5                                               PHILLIP A. TALBERT
                                                United States Attorney
6
                                       By:      /s/ *Jeffrey A. Spivak*
7                                               JEFFREY A. SPIVAK
                                                Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

    IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that the cases attached hereto in Attachment "A" are DISMISSED and that any outstanding warrants and/or abstracts are RECALLED.

.

DATED: January 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT "A"

[Cases to be Dismissed and Warrants Recalled]

|    | ECF Case Number   | Defendant Name                | Violation          |
|----|-------------------|-------------------------------|--------------------|
| 1  | 5:16-po-00060-JLT | LINDSTORM, FAITH A            | 4733016            |
| 2  | 5:16-po-00076-JLT | PACHECO-OLIVARES, MARIO       | F3878986           |
| 3  | 5:16-po-00213-JLT | MAGOMEDGADZHIEV, RUSLAN       | F4555826           |
| 4  | 5:16-po-00299-JLT | QUICK, DANIEL                 | F4860527           |
| 5  | 5:16-po-00312-JLT | DELAROSA-PONCE, LUIS ROMAN    | FAXG005D           |
| 6  | 5:16-po-00332-JLT | TAPIA, DARNELL AYALA          | FBBP0036           |
| 7  | 5:16-po-00338-JLT | ARVIZU, STEVEN F              | F4845629           |
| 8  | 5:16-po-00355-JLT | MENDOZA-SERMENO, JUAN         | F4884796           |
| 9  | 5:16-po-00360-JLT | TORRES, ALECIA MARIE          | F4884789           |
| 10 | 5:17-po-00006-JLT | PARKER, CHRISTOPHER           | F4852351           |
| 11 | 5:17-po-00106-JLT | LABRADO, BRANDON J            | FBBP003N           |
| 12 | 5:17-po-00137-JLT | CRAIG, JORDAN                 | 6459702            |
| 13 | 5:17-po-00166-JLT | GILMORE, BREANNA              | 7056880            |
| 14 | 5:17-po-00258-JLT | LAPADAT, ION                  | 6552335            |
| 15 | 5:17-po-00387-JLT | HULL, MELISSA                 | 6459866<br>6459867 |
| 16 | 5:17-po-00505-JLT | MARTINSON, NICOLE RENEE       | F4852266           |
| 17 | 5:17-po-00507-JLT | ROMERO, DIEGO                 | F4851695           |
| 18 | 5:17-po-00507-JLT | ROMERO, DIEGO                 | F4851694           |
| 19 | 5:17-po-00507-JLT | ROMERO, DIEGO                 | F4851693           |
| 20 | 5:17-po-00507-JLT | ROMERO, DIEGO                 | F4851692           |
| 21 | 5:17-po-00508-JLT | SENRA, GUILLERMO E            | F4851852           |
| 22 | 5:17-po-00510-JLT | WILLIAMS, JOSHUA              | F4851690           |
| 23 | 5:17-po-00581-JLT | KUIPERS, THOMAS ANDREW        | F4859179           |
| 24 | 5:18-po-00013-JLT | DELEON, SELVIN                | F4857650           |
| 25 | 5:18-po-00022-JLT | RAMIREZ, PEDRO                | F4861404           |
| 26 | 5:18-po-00039-JLT | JEFFREYS, STEVEN              | F4852630           |
| 27 | 5:18-po-00040-JLT | LUCIO-PATINO JR, DEONICIO     | 7054608            |
| 28 | 5:18-po-00041-JLT | SUBACH, DEMITRY               | F4852627           |
| 29 | 5:18-po-00042-JLT | MONTES JR, FRED J             | F4852629           |
| 30 | 5:18-po-00042-JLT | MONTES JR, FRED J             | F4852628           |
| 31 | 5:18-po-00044-JLT | COLBURN, DELORES              | 7054605            |
| 32 | 5:18-po-00045-JLT | GILSDORF, JESSE               | 7054606            |
| 33 | 5:18-po-00052-JLT | TORRES-VEGA, XIOMARA LIZETTE  | F4852634           |
| 34 | 5:18-po-00109-JLT | ORTIZ, JOSHUA D               | F4860506           |
| 35 | 5:18-po-00128-JLT | FLEWELLING, DIONNE            | F4852635           |
| 36 | 5:18-po-00145-JLT | GOODWIN, SHANNON              | F4852641           |
| 37 | 5:18-po-00257-JLT | CARPENTER, BILLY J            | F4852686           |

| | | | |
|---|---|---|---|
| 38 | 5:18-po-00260-JLT | DELGADO, BRENDA M | F4852364 |
| 39 | 5:18-po-00260-JLT | DELGADO, BRENDA M | F4852363 |
| 40 | 5:18-po-00262-JLT | MCCLEARY, TIMOTHY S | 6999620 |
| 41 | 5:18-po-00263-JLT | MELENDEZ, ARTURO | F4852689 |
| 42 | 5:18-po-00266-JLT | TEMPLETON, JOHN J | F4852009 |
| 43 | 5:18-po-00273-JLT | CAPERALE, MARK | F4861413 |
| 44 | 5:18-po-00274-JLT | DICKERSON, RAYMOND | F4859133 |
| 45 | 5:18-po-00274-JLT | DICKERSON, RAYMOND | F4859132 |
| 46 | 5:18-po-00288-JLT | ROSE, BRANDON CLARK | 7570913 |
| 47 | 5:18-po-00295-JLT | VARLI, ENES | 7570910 |
| 48 | 5:18-po-00296-JLT | WARD, MICHAEL A | F4861409 |
| 49 | 5:18-po-00299-JLT | ABERT, THERESA M | FBBP0041<br>FBBP004H<br>FBBP004G<br>FBBP004F |
| 50 | 5:18-po-00302-JLT | CARPENTER, BILLY J | F4851871<br>F4851870 |
| 51 | 5:18-po-00313-JLT | MOBERLY, THOMAS | F4852691 |
| 52 | 5:18-po-00323-JLT | REED, TABATHA J | F4852675 |
| 53 | 5:18-po-00328-JLT | SCOTT, ERICK | F4852693 |
| 54 | 5:18-po-00332-JLT | WILLIAMS, JASON | F4851869 |
| 55 | 5:18-po-00340-JLT | DYKE, MIKLOS | FBBP004T |
| 56 | 5:18-po-00343-JLT | KHAN, ADNAN | F4852734 |
| 57 | 5:18-po-00347-JLT | LEE, SPRING | F4852728 |
| 58 | 5:18-po-00351-JLT | NELSON, RICK J | FBBP004P |
| 59 | 5:18-po-00426-JLT | COLE, JONATHAN B | F5378682 |
| 60 | 5:18-po-00461-JLT | WELLS, GRETCHEN S | 6459915 |
| 61 | 5:18-po-00465-JLT | SALISBURY, CHARLES A | FBBP004V |
| 62 | 5:19-po-00007-JLT | ANZALDO, ABEL M | F5463383 |
| 63 | 5:19-po-00031-JLT | JAMES, LARRY G | FBBP0053 |
| 64 | 5:19-po-00035-JLT | VENTURAROJAS, MAURICIO | F5208057 |
| 65 | 5:19-po-00078-JLT | VANHOUTIN, JENNIFER | 7528392 |
| 66 | 5:19-po-00078-JLT | VANHOUTIN, JENNIFER | 7528391 |
| 67 | 5:19-po-00116-JLT | FAGAN, ADELAINE | 7570653 |
| 68 | 5:19-po-00163-JLT | MARQUEZ, RICK A | F5195551 |
| 69 | 5:19-po-00297-JLT | IRWIN, KILEY R | F4849453 |
| 70 | 5:19-po-00320-JLT | BECK, BRIAN | 9379336 |
| 71 | 5:19-po-00323-JLT | RODRIGUEZ, BRIDGET C | F5323324<br>F5323325<br>F5323251 |
| 72 | 5:19-po-00336-JLT | SANCHEZTOLENTINO, AMADO T | F5195504 |
| 73 | 5:19-po-00342-JLT | HOFFMAN, JOSHUA M | FBHV0005 |
| 74 | 5:18-po-00448-JLT | PARSONS, DENNIS | F4860594 |

| 75 | 5:20-po-00050-JLT | KIRSCHENMANN, COLBY J | 7570898 |
| 76 | 5:20-po-00128-JLT | WINTON, AMY LYNN | FBBP005L |
| 77 | 5:20-po-00131-JLT | ALMUDARRIS, JAMES K | FBBP005Y |
| 78 | 5:20-po-00138-JLT | EBRON, LEONARD KIRK | FBBP005T |
| 79 | 5:20-po-00143-JLT | INGLE, JARED | 9379203 |
| 80 | 5:20-po-00149-JLT | WHITE, JASON LEE | F5207914 |
|    |                   |                     |          |